# STATEMENT OF ACCOUNT
## 22-Sep-05

Intelsat Global Sales and Marketing Ltd.
Building 3 Suite 214
Chiswick Park 566 Chiswick High Road
London W45YA United Kingdom
Telephone 44(0)208 899 6035
Fax 44(0)208 899 6194
VAT Number 678 767 556



Intelsat. inspiring connections

**NAS Global Networks, Inc. (#9448)**

Attention: Finance / Accounting Department
1121 University Blvd W. #619
20902
Silver Spring MD, United States

**Intelsat Credit Administrator:**
Jodi Routledge
Phone: 441 294-1657
Fax: 441-292-9984
jodi.routledge@intelsat.com

Wire Transfers Instruction:
Intelsat Global Sales and Marketing Ltd.
Citibank London
Account no.: 10265683
Sort Code: 18 50 08
Swift Code: CITIGB2L
IBAN Code: GB40 CITI 1850 0810 2656 83
Citibank N.A., Citibank House
336 Strand London
WC2R 1HB

| Transaction Type | Transaction Number | Invoice Date | Due Date | Original Transaction Amt | Balance Outstanding |
|---|---|---|---|---|---|
| NCBS-M3Act | B-1077114 | 01-Feb-05 | 02-Mar-05 | $19,837.68 | $17,347.29 |
| NCBS-M3Act | B-1081056 | 01-Mar-05 | 30-Mar-05 | $13,481.61 | $13,481.61 |
| NCBS-M3Act | B-1085033 | 01-Apr-05 | 30-Apr-05 | $4,350.00 | $4,350.00 |
| NCBS-M3Act | B-1089069 | 01-May-05 | 30-May-05 | $65,362.58 | $65,362.58 |
| NCBS-M3Act | B-1093161 | 01-Jun-05 | 30-Jun-05 | $37,041.39 | $37,041.39 |
| NCBS-M3Act | B-1097241 | 01-Jul-05 | 30-Jul-05 | $30,024.64 | $30,024.64 |
| NCBS-M3Act | B-1101407 | 01-Aug-05 | 30-Aug-05 | $2,900.00 | $2,900.00 |
| Termination | M-1005260 | 12-Sep-05 | 12-Sep-05 | $21,141.95 | $21,141.95 |
| NCBS-M3Act | B-1105617 | 01-Sep-05 | 30-Sep-05 | $2,900.00 | $2,900.00 |

| Current Due | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Greater Than 90 Days | Total Due |
|---|---|---|---|---|---|
| $2,900.00 | $24,041.95 | $30,024.64 | $37,041.39 | $100,541.48 | $194,549.46 |

Exhibi

If you have any questions regarding this statement please contact your Intelsat Credit Administrator (Jodi Routledge).

This statement reflects all transactions posted to the abovementioned account as at 21/09/2005.