# United States District Court
# For the District of Columbia



FILED

MAR - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

INTELSAT GLOBAL SALES AND MARKETING, LTD.  )
BLDG 3, CHISWICK ROAD  )
566 CHISWICK HIGH ROAD  )
LONDON  W4 5YA UNITED KINGDOM  )
)
                          Plaintiff  )   Civil A(    CASE NUMBER  1:06CV00417
)
             vs  )     JUDGE: Henry H. Kennedy
)
NAS GLOBAL NETWORKS INC  )     DECK TYPE: Contract
10405 ELDERS HOLLOW ROAD  )
BOWIE, MARYLAND 20721  )     DATE STAMP: 03/07/2006
)
                    Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  **PLAINTIFF**  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  **INTELSAT GLOBAL SALES AND MARKETING, LTD.**  which have any outstanding securities in the hands of the public:

**INTELSAT SUBSIDIARIES HOLDING CO., LTD (BERMUDA); INTELSAT (BERMUDA) LTD.; INTELSAT, LTD. (BERMUDA).**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
Signature

**422596**
BAR IDENTIFICATION NO.

**DAVID I. BLEDSOE**
Print Name

**601 KING STREET**
Address

**ALEXANDRIA  VA  22314**
City    State    Zip Code

**703 379 9424**
Phone Number