**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**INTELSAT GLOBAL SALES AND
MARKETING, LTD.,**

            **Plaintiff,**

      **v.**

**NAS GLOBAL NETWORKS, INC.,**

          **Defendant.**

**Civil Action 06-00417
(HHK)**

---

**ORDER**

    Under Rule 4(m) of the Federal Rules of Civil Procedure, if a civil action has not been served within 120 days of its filing, "the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified period of time." Over 120 days have passed since the filing of this action and it does not appear that it has been served.

    Accordingly, it is this 4th day of January, 2007, hereby

    **ORDERED** that on or before February 1, 2007, Intelsat Global Sales and Marketing, Ltd., must either: (1) file with the court proof that this action has been served, or (2) provide the court with a written explanation for why service of process has not been completed.

If plaintiff fails to comply with this order or if the court determines that plaintiff has not shown good cause for the failure to comply with Rule 4(m), this action will be dismissed without prejudice.

Henry H. Kennedy, Jr.
United States District Judge