**State of Maryland**
**Department of Assessments and Taxation**
Charter Division

Robert L. Ehrlich, Jr. *Governor*
C. John Sullivan, Jr. *Director*
Paul B. Anderson *Administrator*

Date: 07/21/2006

DAVID I BLEDSOE ESQ
601 KING ST
ALEXANDRIA          VA 22314

THIS LETTER IS TO CONFIRM ACCEPTANCE OF THE FOLLOWING FILING:

| | |
|---|---|
| PLAINTIFF NAME | : INTELSAT GLOBAL SALES AND MARKETING LTD |
| TYPE OF REQUEST | : SERVICE OF PROCESS |
| DATE RECEIVED | : 07/10/2006 |
| TIME RECEIVED | : 11:19 A.M. |
| RECORDING FEE | : $50.00 |
| SOP NUMBER | : 00005589 |
| CUSTOMER ID. | : 0001820390 |
| WORK ORDER NUMBER | : 0001263428 |

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK ORDER NUMBER ON ANY INQUIRIES.

Charter Division
Baltimore Metro Area (410) 767-1350
Outside Metro Area (888) 246-5941

301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395
Telephone (410)767-4950 / Toll free in Maryland (888)246-5941

0004073524

```
PLAINTIFF NAME     : INTELSAT GLOBAL SALES AND MARKETING LTD
DATE FORWARDED     : 07/25/2006
CASE NUMBER        : 1:06CV00417
DEFENDANT(S)      1. NAS GLOBAL NETWORKS
                     INC
                     10405 ELDERS HOLLOW, BOWIE, MD 20721
```