CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SLAES AND MARKETING, LTD.
)
)
vs.                )    Civil Action No. ~~06-0417~~ HHK
)
)
NAS GLOBAL NETWORKS, INC.    )

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __31st__ day of __January, 2007__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __NAS GLOBAL NETWORKS, INC.__

was [were]:    [personally served with process on __~~July 25, 2007~~__ ].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____ ].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: Service through the Maryland Dept. of Assessments ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

~~David I. Bledsoe~~
300 N. Washington St., #708
Alexandria VA   22314

__422596__
Bar Id. Number

Address and Telephone Number
703 379 9424