CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SALES AND MARKETING, LTD
_____
                    Plaintiff                    )
                                                 )
              vs.                                )        Civil Action No. __6-0417 HHK__
                                                 )
NAS GLBOAL NETWORKS, INC.                        )
_____        )
                                                 )
_____        )
                    Defendant

## <u>DEFAULT</u>

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action

though duly served with summons and copy of complaint on the __25th_____ day of

__July_____, __2006_____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this

_____ day of _____, _____ declared that

_____NAS GLOBAL NETWORKS, INC._____

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
                Deputy Clerk